

Joseph H. Mizrahi – Attorney
300 Cadman Plaza W, 12th Floor
Brooklyn, NY 11201
P: 929-575-4175 | F: 929-575-4195
E: joseph@cml.legal | W: cml.legal

January 30, 2020

**VIA ECF**
Hon. Judge Failla
United States District Judge
Southern District of New York
40 Centre Street
New York, NY 10007



Re:  Dawson v. Summit Apparel, Inc.; Case No: 1:19-cv-06613-KPF

Dear Judge Failla,

The undersigned represents Plaintiff Leshawn Dawson (hereinafter "Plaintiff") in the above referenced matter.

A show cause hearing for this matter is set for Tuesday, February 4, 2020 at 3:00 p.m. By way of background, Plaintiff was contacted by counsel for Defendant who is in the process of being retained.

The parties, through the undersigned are requesting an adjournment of the upcoming hearing, to allow time for resolution. If no resolution is reached within 30 days, Defendant will appear or otherwise answer.

Thank you for your time and consideration of the above request.

Respectfully submitted,

/s/ *Joseph H. Mizrahi*
Joseph H. Mizrahi, Esq.

```
Application GRANTED.  The order to show cause hearing scheduled for
February 4, 2020 (Dkt. #17) is hereby ADJOURNED sine die.  The
parties should provide a status update to the Court on or before
March 2, 2020.
```

Dated: January 30, 2020
       New York, New York

SO ORDERED.

*[signature: Katherine Polk Failla]*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE